IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARLEYSVILLE NATIONAL BANK AND TRUST COMPANY | : : : | CIVIL ACTION |
| v. | : : | |
| AUDREY HAISFIELD | : | NO. 09-5358 |

## ORDER

**AND NOW**, this 24th day of May, 2010, upon consideration of Plaintiff Harleysville National Bank and Trust Company's Motion for Summary Judgment (Docket No. 9), all concomitant briefing, and Defendant's May 14, 2010 letter to the Court, and for the reasons stated in the Memorandum Opinion that accompanies this Order, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Plaintiff Harleysville National Bank and Trust Company and against Defendant Audrey Haisfield in the amount of $351,656.56, plus costs, attorneys' fees, and interest as allowed by law.

3. The Clerk of Court is directed to **CLOSE** this case statistically.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.